ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GERARDO SOLANO MORILLO,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, ET AL.,<br><br>Respondents. | CASE NO. 1:25-CV-1533 DJC<br><br>STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

In compliance with the district court's order, petitioner in this case was released from ICE custody on November 16, 2025, and remains out of custody.

A case cited by this Court in granting the TRO, *Rodriguez v. Bostock*, 779 F.Supp.3d 1239 (W.D. Wash. 2025), has been appealed to the Ninth Circuit on an expedited basis, and appears to be set for argument on the February 2026 calendar. Ninth Circuit docket no. 25-6842. Because the issues in *Rodriguez* are likely to be dispositive of the issues in this case, the parties hereby stipulate to hold all further briefing deadlines in abeyance until the resolution of the *Rodriguez* case.

///
///
///
///
///

The parties will file a status report within 14 days of the issuance of the mandate in *Rodriguez*.

Dated:  November 26, 2025

ERIC GRANT
United States Attorney

By:  /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ Mary Bosworth
MARY BOSWORTH
Counsel for Petitioner

# ORDER

Good cause being established, the Court ORDERS that;

1. This case be STAYED pending resolution of the appeal in *Rodriguez v. Bostock*;
2. Respondents' Motion to Stay, ECF No. 14, be DENIED AS MOOT; and
3. The parties file a status report within fourteen (14) days after the issuance of the mandate in *Rodriguez*.

Dated: November 26, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE