UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GERARDO SOLANO MORILLO,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | No. 1:25-cv-01533-DJC-AC<br><br>ORDER |

On November 15, 2025, the Court granted Petitioner's Motion for Temporary Restraining Order and directed Respondents to release Petitioner from their custody. (Order (ECF No. 13).)  The Court also ordered Respondents to file an Order to Show Cause as to why the Court should not issue a preliminary injunction on the same terms as the Order.  (*See id.*)  Respondents filed a one-sentence Opposition, noting the government's continued objection to the Court issuing a preliminary injunction solely "for the reasons set forth in its previous pleadings in this case."  (Opp'n (ECF No. 14) at 1.)

In light of Respondents' limited opposition and for the reasons discussed in the Court's Order granting a temporary restraining order (*see* ECF No. 13), IT IS HEREBY ORDERED that:

1. A Preliminary Injunction shall issue on the same terms set forth in the Temporary Restraining Order (ECF No. 13).
2. Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restrictions on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner unless Respondents provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond is considered.
4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC7 – SolanoMorillo25cv015336.pi